# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LARRY VENZANT                                                                           PLAINTIFF

V.                      3:12CV00197 JLH/JTR

MIKE ALLEN,
Sheriff of Crittenden County, et al.                             DEFENDANTS

## ORDER

Plaintiff, Larry Venzant, is a pretrial detainee in the Crittenden County Detention Facility ("CCDF"). He has filed a *pro se* § 1983 Complaint and an Amended Complaint alleging that Defendants violated his constitutional rights.

The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, the Court must accept the truth of the factual allegations contained in the complaint. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

Plaintiff contends that Defendants Allen, Coleman, and Bonner failed to provide him with adequate medical care after he slipped and fell in the shower at the CCDC. *See* docket entry #2 and #7. Although it is unclear, it appears that Plaintiff is also alleging that Defendants were aware of the dangerous conditions in the CCDC showers, but deliberately failed to take proper corrective action to prevent his fall. The Court concludes, *for screening purposes only,* that Plaintiff has stated viable conditions of confinement and inadequate medical care claims against Defendants.

IT IS THEREFORE ORDERED THAT the Clerk is directed to prepare a summons for Defendants Allen, Coleman, and Bonner, and the U.S. Marshal is directed to serve the summons, Complaint, Amended Complaint, and this Order on them without prepayment of fees and costs or security therefor.[1]

Dated this 1st day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If any of the Defendants are no longer Crittenden County employees, the person responding to service must file a **SEALED** Statement providing the last known private mailing address for the unserved Defendant.