**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LARRY VENZANT                                                                                        PLAINTIFF

V.                                         3:12CV00197 JLH/JTR

MIKE ALLEN,
Sheriff of Crittenden County, et al.                                                          DEFENDANTS

## ORDER

Defendants have filed a Motion to Dismiss arguing that Plaintiff has failed to state a viable § 1983 claim because he has sued them in their official capacities only. *See* docket entry #10.  The Court concludes that a Response from Plaintiff would be helpful in resolving that Motion.

IT IS THEREFORE ORDERED THAT Plaintiff must, **within thirty days of the entry of this Order,** file a Response to Defendants' Motion to Dismiss (docket entry #10).

Dated this 11th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE