# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LARRY VENZANT                                                                                       PLAINTIFF

V.                                          3:12CV00197 JLH/JTR

MIKE ALLEN,
Sheriff of Crittenden County, et al.                                                       DEFENDANTS

## ORDER

On October 22, 2012, mail sent to Plaintiff at the Crittenden County Detention Center was returned as undeliverable because Plaintiff has been released from custody. *See* docket entry #16. In light of his recent release, it is unclear whether Plaintiff remains interested in pursuing this action and, if so, whether he is still entitled to proceed *in forma pauperis*.[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to send Plaintiff a (freeworld) Amended Application to Proceed *In Forma Pauperis*.

2. Plaintiff must file, **within thirty days of the entry of this Order**: (a) a Statement indicating whether he wishes to continue with this lawsuit; and (b) an Amended Application to Proceed *In Forma Pauperis*.

---

[1] The Court's records demonstrate that Plaintiff currently owes all of the $350 filing fee.

3.      Plaintiff is reminded that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 24th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE