IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LARRY VENZANT                                                                                                   PLAINTIFF

v.                                    NO. 3:12CV00197 JLH/JTR

MIKE ALLEN,
Sheriff of Crittenden County, *et al.*                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered separately today, judgment is entered in favor of the defendants. The case is dismissed without prejudice, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 14th day of November, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE